

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

CD
CJJ
000000-000000

# Earnings Statement

Page 001 of 002

| | |
|---|---|
| Employee ID | 24438 |
| Period Beginning: | 09/15/2024 |
| Period Ending: | 09/28/2024 |
| Advice Date: | 10/04/2024 |
| Advice Number: | 0000001662 |
| Batch Number: | SCJRCLFR2YVP |

Taxable Marital Status: M
Exemptions/Allowances:
Federal: 00
State(FL): 00

**Lewis, Bethany Gwen**
**6226 Greenwood Dr**
**Milton, FL 32570**

Total Hours Worked: 79.75
Basis of Pay: Hourly
Pay Rate: 26.82

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Annual Leave | | | 0.00 | 2947.45 |
| Holiday Pay | | | 0.00 | 1696.32 |
| Night Diff R | | | 0.00 | 0.67 |
| Night Diff | 2.6820 | 4.75 | 12.74 | 383.02 |
| OT Pay Retro | | | 0.00 | 20.12 |
| OT Prem Retr | | | 0.00 | 16.21 |
| Overtime Pay | | | 0.00 | 6.71 |
| Overtime Pre | | | 0.00 | 3.36 |
| Overtime Pre | | | 0.00 | 6.80 |
| PIP | | | 0.00 | 4863.81 |
| Regular Pay | 26.8200 | 79.75 | 2138.90 | 37392.21 |
| Sick Leave | 26.8200 | 0.25 | 6.71 | 667.81 |
| **Gross Pay** | | | **2158.35** | **48004.49** |

| Taxes | | | This Period | Year-to-Date |
|---|---|---|---|---|
| FIT | | | 60.72 | 2276.60 |
| Medicare Employee | | | 27.32 | 616.56 |
| Social Security Employee | | | 116.82 | 2636.32 |
| **Total Taxes** | | | **204.86** | **5529.48** |

| Deductions | | | This Period | Year-to-Date |
|---|---|---|---|---|
| *401k | | | 151.08 | 3061.61 |
| *Dental | | | 33.00 | 660.00 |
| *Medical PPO | | | 235.00 | 4700.00 |
| *Vision | | | 9.00 | 180.00 |
| Friendship Fund | | | 0.50 | 10.00 |
| Loan 401k NFCU | | | 331.64 | 6632.80 |
| Spousal AD_D | | | 0.17 | 3.40 |
| Spousal Life | | | 1.01 | 20.20 |
| Supplemental AD&D | | | 0.42 | 8.40 |

| | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| GTL | 2.86 | 56.78 |
| **Company-Paid Deds** | | |
| 401k ER Match | 151.08 | 3019.82 |
| Dental ER | 39.00 | 780.00 |
| Medical PPO ER | 802.00 | 16040.00 |
| Vision ER | 6.00 | 120.00 |

| PTO | Accrued YTD | Taken | Balance |
|---|---|---|---|
| Personal | 8.00 | 0.00 | 8.00 |
| Vacation | 8.00 | 0.00 | 312.62 |
| Volunteer | 8.00 | 0.00 | 8.00 |
| Sick | 3.08 | 0.25 | 49.20 |

**Direct Deposits**
| | | |
|---|---|---|
| Checking | XXXXXX1287 | 1189.33 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)



**Navy Federal Credit Union**
**820 Follin Lane SE**
**Vienna, VA 22180**

| Advice Number: | 0000001662 |
|---|---|
| Advice Date: | 10/04/2024 |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Lewis, Bethany Gwen | Checking XXXXXX1287 | 256074974 | $1189.33 |

000000-000000



**NAVY FEDERAL**

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

Taxable  Marital  Status:  M
Exemptions/Allowances:
Federal:     00
State(FL):   00

# Earnings   Statement

Page  002  of  002

| | |
|---|---|
| Period  Beginning: | 09/15/2024 |
| Period  Ending: | 09/28/2024 |
| Advice  Date: | 10/04/2024 |
| Advice  Number: | 0000001662 |
| Batch  Number: | SCJRCLFR2YVP |

**Lewis,   Bethany   Gwen**
**6226  Greenwood    Dr**
**Milton,    FL  32570**

Total  Hours  Worked:       79.75
Basis  of  Pay:            Hourly
Pay  Rate:                  26.82

| Earnings | Rate | Hours | This Period | Year-to-Date | | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Supplemental  Life | | | 0.67 | 13.40 | | | |
| Supplemental  Dep Life | | | 1.67 | 33.40 | | | |
| **Total Deductions** | | | **764.16** | **15323.21** | | | |
| | | | | | | | |
| **Net Pay** | | | **1189.33** | **27151.80** | | | |

*Excluded  from  taxable  wages

© 2002 AutomaticData Processing (PCSUVO)



**NAVY FEDERAL**





CD
CJJ
000000-000000

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

Taxable Marital Status: M
Exemptions/Allowances:
Federal:    00
State(FL):  00

# Earnings Statement

Page 001 of 003

| | |
|---|---|
| Employee ID | 24438 |
| Period Beginning: | 09/29/2024 |
| Period Ending: | 10/12/2024 |
| Advice Date: | 10/18/2024 |
| Advice Number: | 0000013768 |
| Batch Number: | SCA1IRCBYFUB |

**Lewis, Bethany Gwen**
**6226 Greenwood Dr**
**Milton, FL 32570**

Total Hours Worked:        70.75
Basis of Pay:              Hourly
Pay Rate:                  26.82

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Annual Leave | | | 0.00 | 2947.45 |
| Holiday Pay | | | 0.00 | 1696.32 |
| Night Diff | 2.6820 | 1.75 | 4.69 | 387.71 |
| Overtime Pay | | | 0.00 | 6.71 |
| Overtime Pre | | | 0.00 | 3.36 |
| Overtime Pre | | | 0.00 | 6.80 |
| PIP | | | 0.00 | 4863.81 |
| Regular Pay | 26.8200 | 70.50 | 1890.81 | 39283.02 |
| Sick Leave | 26.8200 | 9.50 | 254.79 | 922.60 |
| **Night Diff R** | **2.6820** | | **0.00** | **0.67** |
| **OT Pay Retro** | **26.8200** | **0.25** | **6.71** | **26.83** |
| **OT Prem Retr** | **13.4683** | **0.25** | **3.37** | **19.58** |
| **Gross Pay** | | | **2160.37** | **50164.86** |

**Bold lines include retroactive earnings detailed below**

## Taxes

| | This Period | Year-to-Date |
|---|---|---|
| FIT | 60.91 | 2337.51 |
| Medicare Employee | 27.35 | 643.91 |
| Social Security Employee | 116.95 | 2753.27 |
| **Total Taxes** | **205.21** | **5734.69** |

## Deductions

| | This Period | Year-to-Date |
|---|---|---|
| *401k | 151.23 | 3212.84 |
| *Dental | 33.00 | 693.00 |
| *Medical PPO | 235.00 | 4935.00 |
| *Vision | 9.00 | 189.00 |
| Friendship Fund | 0.50 | 10.50 |
| Loan 401k NFCU | 331.64 | 6964.44 |
| Spousal AD_D | 0.17 | 3.57 |
| Spousal Life | 1.01 | 21.21 |

| | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| GTL | 2.86 | 59.64 |
| **Company-Paid Deds** | | |
| 401k ER Match | 151.23 | 3171.05 |
| Dental ER | 39.00 | 819.00 |
| Medical PPO ER | 802.00 | 16842.00 |
| Vision ER | 6.00 | 126.00 |

| PTO | Accrued YTD | Taken | Balance |
|---|---|---|---|
| Personal | 8.00 | 0.00 | 8.00 |
| Vacation | 8.00 | 0.00 | 320.62 |
| Volunteer | 8.00 | 0.00 | 8.00 |
| Sick | 3.09 | 9.50 | 42.79 |

**Direct Deposits**

| Checking | XXXXXX1287 | 1190.85 |
|---|---|---|

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)

---



**Navy Federal Credit Union**
**820 Follin Lane SE**
**Vienna, VA 22180**

| Advice Number: | 0000013768 |
|---|---|
| Advice Date: | 10/18/2024 |



| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Lewis, Bethany Gwen | Checking XXXXXX1287 | 256074974 | $1190.85 |



000000-000000



*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

# Earnings Statement

Page 002 of 003

| | |
|---|---|
| Period Beginning: | 09/29/2024 |
| Period Ending: | 10/12/2024 |
| Advice Date: | 10/18/2024 |
| Advice Number: | 0000013768 |
| Batch Number: | SCA1IRCBYFUB |

Taxable Marital Status:  M
Exemptions/Allowances:
Federal:     00
State(FL):  00

**Lewis,   Bethany   Gwen**
**6226  Greenwood    Dr**
**Milton,    FL  32570**

Total  Hours  Worked:         70.75
Basis  of Pay:                 Hourly
Pay Rate:                       26.82

| Earnings | Rate | Hours | This Period | Year-to-Date | | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Supplemental  AD&D | | | 0.42 | 8.82 | | | |
| Supplemental  Life | | | 0.67 | 14.07 | | | |
| Supplemental  Dep Life | | | 1.67 | 35.07 | | | |
| **Total Deductions** | | | **764.31** | **16087.52** | | | |
| **Net Pay** | | | **1190.85** | **28342.65** | | | |

*Excluded   from  taxable  wages

© 2002 Automatic Data Processing (PCSUVO)



THIS IS NOT A CHECK




000000-000000

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

# Earnings Statement

Page 003 of 003

| | |
|---|---|
| Period Beginning: | 09/29/2024 |
| Period Ending: | 10/12/2024 |
| Advice Date: | 10/18/2024 |
| Advice Number: | 0000013768 |
| Batch Number: | SCA1IRCBYFUB |

Taxable Marital Status: M
Exemptions/Allowances:
Federal:    00
State(FL):  00

**Lewis,    Bethany    Gwen**
**6226  Greenwood    Dr**
**Milton,    FL  32570**

Total Hours Worked:        70.75
Basis of Pay:              Hourly
Pay Rate:                  26.82

| Earnings | Rate | Hours | This Period | Year-to-Date | | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|

**The following earnings from prior pay periods are being paid in this period and included in the Earnings on page 1 (bolded lines)**

| EARNINGS | PAY PERIOD | RATE | HOURS | AMOUNT |
|---|---|---|---|---|
| Night Diff R | 09/15/24-09/28/24 | 2.682 | 4.75 | 12.74 |
| Night Diff R | 09/15/24-09/28/24 | 2.682 | 4.75- | 12.74- |
| OT Pay Retro | 09/15/24-09/28/24 | 26.820 | 0.25 | 6.71 |
| OT Prem Retr | 09/15/24-09/28/24 | 13.468 | 0.25 | 3.37 |

*Excluded  from taxable  wages*

© 2002 AutomaticData Processing (PCSUVO)




THIS IS NOT A CHECK



CO
CJJ
000000-000000

# Earnings Statement

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

Page 001 of 002

| | |
|---|---|
| Employee ID | 24438 |
| Period Beginning: | 10/13/2024 |
| Period Ending: | 10/26/2024 |
| Advice Date: | 11/01/2024 |
| Advice Number: | 0000001874 |
| Batch Number: | SC0BX6RHBNBP |

Taxable Marital Status: M
Exemptions/Allowances:
Federal: 00
State(FL): 00

**Lewis, Bethany Gwen**
**6226 Greenwood Dr**
**Milton, FL 32570**

Total Hours Worked: 62.50
Basis of Pay: Hourly
Pay Rate: 26.82

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Annual Leave | | | 0.00 | 2947.45 |
| Holiday Pay | 26.8200 | 8.00 | 214.56 | 1910.88 |
| Night Diff R | | | 0.00 | 0.67 |
| Night Diff | 2.6820 | 2.00 | 5.36 | 393.07 |
| OT Pay Retro | | | 0.00 | 26.83 |
| OT Prem Retr | | | 0.00 | 19.58 |
| Overtime Pay | | | 0.00 | 6.71 |
| Overtime Pre | | | 0.00 | 3.36 |
| Overtime Pre | | | 0.00 | 6.80 |
| PIP | | | 0.00 | 4863.81 |
| Regular Pay | 26.8200 | 62.50 | 1676.25 | 40959.27 |
| Sick Leave | 26.8200 | 9.50 | 254.79 | 1177.39 |
| **Gross Pay** | | | **2150.96** | **52315.82** |

| Taxes | This Period | Year-to-Date |
|---|---|---|
| FIT | 60.03 | 2397.54 |
| Medicare Employee | 27.21 | 671.12 |
| Social Security Employee | 116.36 | 2869.63 |
| **Total Taxes** | **203.60** | **5938.29** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k | 150.57 | 3363.41 |
| *Dental | 33.00 | 726.00 |
| *Medical PPO | 235.00 | 5170.00 |
| *Vision | 9.00 | 198.00 |
| Friendship Fund | 0.50 | 11.00 |
| Loan 401k NFCU | 331.64 | 7296.08 |
| Spousal AD_D | 0.17 | 3.74 |
| Spousal Life | 1.01 | 22.22 |
| Supplemental AD&D | 0.42 | 9.24 |

| | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| GTL | 2.86 | 62.50 |
| **Company-Paid Deds** | | |
| 401k ER Match | 150.57 | 3321.62 |
| Dental ER | 39.00 | 858.00 |
| Medical PPO ER | 802.00 | 17644.00 |
| Vision ER | 6.00 | 132.00 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Personal | 8.00 | 0.00 | 8.00 |
| Vacation | 8.00 | 0.00 | 328.62 |
| Volunteer | 8.00 | 0.00 | 8.00 |
| Sick | 3.08 | 9.50 | 36.37 |

| Direct Deposits | | |
|---|---|---|
| Checking | XXXXXX1287 | 1183.71 |

*Excluded from taxable wages

© 2002 AutomaticData Processing (PCSUVO)



*Navy Federal Credit Union*
**Navy Federal Credit Union**
**820 Follin Lane SE**
**Vienna, VA 22180**

| | |
|---|---|
| **Advice Number:** | **0000001874** |
| **Advice Date:** | **11/01/2024** |

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Lewis, Bethany Gwen | Checking XXXXXX1287 | 256074974 | $1183.71 |

THIS IS NOT A CHECK



000000-000000

*Navy  Federal  Credit  Union*
*820  Follin  Lane  SE*
*Vienna,  VA  22180*
**For questions please call 1-888-503-6013**

| | |
|---|---|
| Period  Beginning: | 10/13/2024 |
| Period  Ending: | 10/26/2024 |
| Advice  Date: | 11/01/2024 |
| Advice  Number: | 0000001874 |
| Batch  Number: | SC0BX6RHBNBP |

Taxable  Marital  Status: M
Exemptions/Allowances:
Federal:     00
State(FL):   00

**Lewis,    Bethany    Gwen**
**6226  Greenwood    Dr**
**Milton,    FL  32570**

Total  Hours  Worked:        62.50
Basis  of  Pay:              Hourly
Pay  Rate:                   26.82

| Earnings | Rate | Hours | This Period | Year-to-Date | | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Supplemental  Life | | | 0.67 | 14.74 | | | |
| Supplemental  Dep Life | | | 1.67 | 36.74 | | | |
| **Total Deductions** | | | **763.65** | **16851.17** | | | |
| **Net Pay** | | | **1183.71** | **29526.36** | | | |



*Excluded  from  taxable  wages*

© 2002 Automatic Data Processing (PCSUVO)





CO
CJJ                        000000 000000

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

Taxable Marital Status: M
Exemptions/Allowances:
Federal:   00
State(FL): 00

# Earnings Statement

Page 001 of 002

| | |
|---|---|
| Employee ID | 24438 |
| Period Beginning: | 10/27/2024 |
| Period Ending: | 11/09/2024 |
| Advice Date: | 11/15/2024 |
| Advice Number: | 0000021978 |
| Batch Number: | SCUI9E2DYPRH |

**Lewis,  Bethany  Gwen**
**6226  Greenwood  Dr**
**Milton,  FL 32570**

Total Hours Worked:      69.25
Basis of Pay:            Hourly
Pay Rate:                26.82

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Annual Leave | 26.8200 | 8.00 | 214.56 | 3162.01 |
| Holiday Pay | | | 0.00 | 1910.88 |
| Night Diff R | | | 0.00 | 0.67 |
| Night Diff | 2.6820 | 2.75 | 7.38 | 400.45 |
| OT Pay Retro | | | 0.00 | 26.83 |
| OT Prem Retr | | | 0.00 | 19.58 |
| Overtime  Pay | | | 0.00 | 6.71 |
| Overtime  Pre | | | 0.00 | 3.36 |
| Overtime  Pre | | | 0.00 | 6.80 |
| PIP | | | 0.00 | 4863.81 |
| Regular Pay | 26.8200 | 69.25 | 1857.29 | 42816.56 |
| Sick Leave | 26.8200 | 2.75 | 73.76 | 1251.15 |
| **Gross Pay** | | | **2152.99** | **54468.81** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 60.22 | 2457.76 |
| Medicare  Employee | | 27.25 | 698.37 |
| Social  Security  Employee | | 116.49 | 2986.12 |
| **Total Taxes** | | **203.96** | **6142.25** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k | 150.71 | 3514.12 |
| *Dental | 33.00 | 759.00 |
| *Medical  PPO | 235.00 | 5405.00 |
| *Vision | 9.00 | 207.00 |
| Friendship  Fund | 0.50 | 11.50 |
| Loan 401k NFCU | 331.64 | 7627.72 |
| Spousal  AD_D | 0.17 | 3.91 |
| Spousal  Life | 1.01 | 23.23 |
| Supplemental  AD&D | 0.42 | 9.66 |

| | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| GTL | 2.86 | 65.36 |
| **Company-Paid Deds** | | |
| 401k ER Match | 150.71 | 3472.33 |
| Dental ER | 39.00 | 897.00 |
| Medical  PPO ER | 802.00 | 18446.00 |
| Vision ER | 6.00 | 138.00 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Personal | 8.00 | 0.00 | 8.00 |
| Vacation | 8.00 | 8.00 | 328.62 |
| Volunteer | 8.00 | 0.00 | 8.00 |
| Sick | 3.08 | 2.75 | 36.69 |

| Direct Deposits | | | |
|---|---|---|---|
| Checking | XXXXXX1287 | | 1185.24 |

*Excluded  from  taxable  wages

© 2002 AutomaticData Processing (PCSUVO)



**Navy  Federal  Credit  Union**
**820  Follin  Lane  SE**
**Vienna,  VA 22180**

| | |
|---|---|
| **Advice  Number:** | **0000021978** |
| **Advice  Date:** | **11/15/2024** |


THIS IS NOT A CHECK

| Deposited  to  the  account  of | Account Number | Transit  ABA | Amount |
|---|---|---|---|
| Lewis,  Bethany  Gwen | Checking  XXXXXX1287 | 256074974 | $1185.24 |

000000-000000



# Earnings Statement

Page 002 of 002

**NAVY FEDERAL**®

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

Taxable Marital Status: M
Exemptions/Allowances:
Federal:    00
State(FL):  00

| | |
|---|---|
| Period Beginning: | 10/27/2024 |
| Period Ending: | 11/09/2024 |
| Advice Date: | 11/15/2024 |
| Advice Number: | 0000021978 |
| Batch Number: | SCUI9E2DYPRH |

**Lewis,   Bethany   Gwen**
**6226  Greenwood    Dr**
**Milton,    FL  32570**

Total Hours Worked:        69.25
Basis of Pay:              Hourly
Pay Rate:                  26.82

| Earnings | Rate | Hours | This Period | Year-to-Date | | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Supplemental  Life | | | 0.67 | 15.41 | | | |
| Supplemental  Dep Life | | | 1.67 | 38.41 | | | |
| **Total Deductions** | | | **763.79** | **17614.96** | | | |
| **Net Pay** | | | **1185.24** | **30711.60** | | | |

*Excluded  from  taxable  wages

© 2002 AutomaticData Processing(PCSUVO)

**NAVY FEDERAL**®


THIS IS NOT A CHECK



CO
CJJ
0000000-000000

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

Taxable Marital Status: M
Exemptions/Allowances:
Federal:    00
State(FL):  00

# Earnings Statement

Page 001 of 002

| | |
|---|---|
| Employee ID | 24438 |
| Period Beginning: | 11/10/2024 |
| Period Ending: | 11/23/2024 |
| Advice Date: | 11/29/2024 |
| Advice Number: | 0000009646 |
| Batch Number: | SC87N6BMQAVO |

**Lewis, Bethany Gwen**
**6226 Greenwood Dr**
**Milton, FL 32570**

Total Hours Worked:     69.00
Basis of Pay:           Hourly
Pay Rate:               26.82

| Earnings | Rate | Hours | This Period | Year-to-Date |
|---|---|---|---|---|
| Annual Leave | | | 0.00 | 3162.01 |
| Holiday Pay | 26.8200 | 8.00 | 214.56 | 2125.44 |
| Night Diff R | | | 0.00 | 0.67 |
| Night Diff | 2.6820 | 3.00 | 8.05 | 408.50 |
| OT Pay Retro | | | 0.00 | 26.83 |
| OT Prem Retr | | | 0.00 | 19.58 |
| Overtime Pay | | | 0.00 | 6.71 |
| Overtime Pre | | | 0.00 | 3.36 |
| Overtime Pre | | | 0.00 | 6.80 |
| PIP | | | 0.00 | 4863.81 |
| Regular Pay | 26.8200 | 69.00 | 1850.58 | 44667.14 |
| Sick Leave | 26.8200 | 3.00 | 80.46 | 1331.61 |
| **Gross Pay** | | | **2153.65** | **56622.46** |

| Taxes | | This Period | Year-to-Date |
|---|---|---|---|
| FIT | | 60.28 | 2518.04 |
| Medicare Employee | | 27.25 | 725.62 |
| Social Security Employee | | 116.53 | 3102.65 |
| **Total Taxes** | | **204.06** | **6346.31** |

| Deductions | This Period | Year-to-Date |
|---|---|---|
| *401k | 150.76 | 3664.88 |
| *Dental | 33.00 | 792.00 |
| *Medical PPO | 235.00 | 5640.00 |
| *Vision | 9.00 | 216.00 |
| Friendship Fund | 0.50 | 12.00 |
| Loan 401k NFCU | 331.64 | 7959.36 |
| Spousal AD_D | 0.17 | 4.08 |
| Spousal Life | 1.01 | 24.24 |
| Supplemental AD&D | 0.42 | 10.08 |

| | This Period | Year-to-Date |
|---|---|---|
| **Imputed Income** | | |
| GTL | 2.86 | 68.22 |
| **Company-Paid Deds** | | |
| 401k ER Match | 150.76 | 3623.09 |
| Dental ER | 39.00 | 936.00 |
| Medical PPO ER | 802.00 | 19248.00 |
| Vision ER | 6.00 | 144.00 |

| PTO | Accrued | Taken | Balance |
|---|---|---|---|
| Personal | 8.00 | 0.00 | 8.00 |
| Vacation | 8.00 | 0.00 | 336.62 |
| Volunteer | 8.00 | 0.00 | 8.00 |
| Sick | 3.08 | 3.00 | 36.77 |

| Direct Deposits | | |
|---|---|---|
| Checking | XXXXXX1287 | 1185.75 |

*Excluded from taxable wages

© 2002 Automatic Data Processing (PCSUVO)



**Navy Federal Credit Union**
**820 Follin Lane SE**
**Vienna, VA 22180**

| | |
|---|---|
| **Advice Number:** | **0000009646** |
| **Advice Date:** | **11/29/2024** |

THIS IS NOT A CHECK

| Deposited to the account of | Account Number | Transit ABA | Amount |
|---|---|---|---|
| Lewis, Bethany Gwen | Checking XXXXXX1287 | 256074974 | $1185.75 |

000000-000000

**Earnings Statement**

Page 002 of 002



## NAVY ⊕ FEDERAL®

*Navy Federal Credit Union*
*820 Follin Lane SE*
*Vienna, VA 22180*
**For questions please call 1-888-503-6013**

| | |
|---|---|
| Period Beginning: | 11/10/2024 |
| Period Ending: | 11/23/2024 |
| Advice Date: | 11/29/2024 |
| Advice Number: | 0000009646 |
| Batch Number: | SC87N6BMQAVO |

Taxable Marital Status: M
Exemptions/Allowances:
Federal:    00
State(FL):  00

**Lewis,   Bethany   Gwen**
**6226  Greenwood   Dr**
**Milton,   FL  32570**

Total Hours Worked:      69.00
Basis of Pay:            Hourly
Pay Rate:                26.82

| Earnings | Rate | Hours | This Period | Year-to-Date | | This Period | Year-to-Date |
|---|---|---|---|---|---|---|---|
| Supplemental Life | | | 0.67 | 16.08 | | | |
| Supplemental Dep Life | | | 1.67 | 40.08 | | | |
| **Total Deductions** | | | **763.84** | **18378.80** | | | |
| **Net Pay** | | | **1185.75** | **31897.35** | | | |

*Excluded  from taxable  wages

© 2002 Automatic Data Processing (PCSUVO)



## NAVY ⊕ FEDERAL®



THIS IS NOT A CHECK

**Powered By:**
my-eSTUB.com

**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 10/04/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 38.00 | 28.00 | 1,064.00 | 39,970.00 | 401K Deferral | 56.00 | 2,316.60 | | |
| Overtime Hours | | | 0.00 | 2,310.00 | Fed Tax W/Held | 51.41 | 2,253.51 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 69.46 | 2,873.34 | | |
| Vacation Time | 2.00 | 28.00 | 56.00 | 1,176.00 | Medicare W/Held | 16.24 | 671.89 | | |
| Sick Time | | | 0.00 | 1,232.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.29 | 11.60 | | | | | |
| Basic Life Ou | | | -0.29 | -11.60 | | | | | |

Sick                    10.00                                    Paid Time Off                    158.00

| | Current Totals | | | YTD Totals | | |
|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 40.00 | 1,120.00 | 193.11 | 926.89 | 46,332.05 | 8,115.34 | 38,216.71 |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570

**Powered By:**



**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 10/11/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 39.00 | 28.00 | 1,092.00 | 41,062.00 | 401K Deferral | 54.60 | 2,371.20 | | |
| Overtime Hours | | | 0.00 | 2,310.00 | Fed Tax W/Held | 48.22 | 2,301.73 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 67.72 | 2,941.06 | | |
| Vacation Time | | | 0.00 | 1,176.00 | Medicare W/Held | 15.84 | 687.73 | | |
| Sick Time | | | 0.00 | 1,232.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.29 | 11.89 | | | | | |
| Basic Life Ou | | | -0.29 | -11.89 | | | | | |

| Sick | 10.00 | Paid Time Off | 158.00 |
|---|---|---|---|

| | Current Totals | | | YTD Totals | | |
|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 39.00 | 1,092.00 | 186.38 | 905.62 | 47,424.05 | 8,301.72 | 39,122.33 |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570

**Powered By:**
my-eStub.com

**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 10/25/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 20.00 | 29.00 | 580.00 | 42,762.00 | 401K Deferral | 58.00 | 2,485.20 | | |
| Overtime Hours | | | 0.00 | 2,310.00 | Fed Tax W/Held | 55.98 | 2,409.12 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 71.94 | 3,082.46 | | |
| Vacation Time | 4.00 | 29.00 | 116.00 | 1,292.00 | Medicare W/Held | 16.83 | 720.80 | | |
| Sick Time | 16.00 | 29.00 | 464.00 | 1,696.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.36 | 12.54 | | | | | |
| Basic Life Ou | | | -0.36 | -12.54 | | | | | |

Sick                          8.00                          Paid Time Off                          154.00

| Current Totals | | | | YTD Totals | | |
|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 40.00 | 1,160.00 | 202.75 | 957.25 | 49,704.05 | 8,697.58 | 41,006.47 |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570

**Powered By:**
my-eSTUB.com

**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 11/01/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 40.00 | 29.00 | 1,160.00 | 43,922.00 | 401K Deferral | 75.40 | 2,560.60 | | |
| Overtime Hours | 8.00 | 43.50 | 348.00 | 2,658.00 | Fed Tax W/Held | 95.65 | 2,504.77 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 93.52 | 3,175.98 | | |
| Vacation Time | | | 0.00 | 1,292.00 | Medicare W/Held | 21.87 | 742.67 | | |
| Sick Time | | | 0.00 | 1,696.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.36 | 12.90 | | | | | |
| Basic Life Ou | | | -0.36 | -12.90 | | | | | |

| Sick | 8.00 | Paid Time Off | 154.00 |
|---|---|---|---|

| Current Totals | | | | YTD Totals | | |
|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 48.00 | 1,508.00 | 286.44 | 1,221.56 | 51,212.05 | 8,984.02 | 42,228.03 |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570

**Powered By:**



**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 11/08/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 40.00 | 29.00 | 1,160.00 | 45,082.00 | 401K Deferral | 58.00 | 2,618.60 | | |
| Overtime Hours | | | 0.00 | 2,658.00 | Fed Tax W/Held | 55.98 | 2,560.75 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 71.94 | 3,247.92 | | |
| Vacation Time | | | 0.00 | 1,292.00 | Medicare W/Held | 16.83 | 759.50 | | |
| Sick Time | | | 0.00 | 1,696.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.36 | 13.26 | | | | | |
| Basic Life Ou | | | -0.36 | -13.26 | | | | | |

Sick                          8.00                                    Paid Time Off                      154.00

| Current Totals | | | | YTD Totals | | |
|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 40.00 | 1,160.00 | 202.75 | 957.25 | 52,372.05 | 9,186.77 | 43,185.28 |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570

**Powered By:**

my-eStub.com

**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 11/15/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 40.00 | 29.00 | 1,160.00 | 46,242.00 | 401K Deferral | 58.00 | 2,676.60 | | |
| Overtime Hours | | | 0.00 | 2,658.00 | Fed Tax W/Held | 55.98 | 2,616.73 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 71.94 | 3,319.86 | | |
| Vacation Time | | | 0.00 | 1,292.00 | Medicare W/Held | 16.83 | 776.33 | | |
| Sick Time | | | 0.00 | 1,696.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.36 | 13.62 | | | | | |
| Basic Life Ou | | | -0.36 | -13.62 | | | | | |

Sick                          8.00                                      Paid Time Off                          154.00

| | Current Totals | | | YTD Totals | | |
|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay |
| 40.00 | 1,160.00 | 202.75 | 957.25 | 53,532.05 | 9,389.52 | 44,142.53 |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570

**Powered By:**



**7282 Plantation Road, Suite 101**
**Pensacola, FL 32504**
**(850) 484-4999**

| | |
|---|---|
| **Company Name:** | Comfort Systems Southeast |
| **Employee Number:** | 123900 |
| **Employee Name:** | David A Lewis |
| **Pay Period:** | |
| **Department:** | Construction HVAC and Plumbing |
| **Check Date:** | 11/22/24 |

**Control Number**

| Earnings | Hours | Rate | Current | YTD | Deductions | Current | YTD | Other | Amount |
|---|---|---|---|---|---|---|---|---|---|
| Regular Hours | 39.00 | 29.00 | 1,131.00 | 47,373.00 | 401K Deferral | 56.55 | 2,733.15 | | |
| Overtime Hours | | | 0.00 | 2,658.00 | Fed Tax W/Held | 52.67 | 2,669.40 | | |
| Holiday | | | 0.00 | 1,344.00 | SS W/Held | 70.14 | 3,390.00 | | |
| Vacation Time | | | 0.00 | 1,292.00 | Medicare W/Held | 16.40 | 792.73 | | |
| Sick Time | | | 0.00 | 1,696.00 | | | | | |
| Jury Duty | | | 0.00 | 224.00 | | | | | |
| FRINGE PAY | | | 0.00 | 76.05 | | | | | |
| Basic Life In | | | 0.36 | 13.98 | | | | | |
| Basic Life Ou | | | -0.36 | -13.98 | | | | | |

| Sick | 8.00 | Paid Time Off | 154.00 |
|---|---|---|---|

| | Current Totals | | | | YTD Totals | | |
|---|---|---|---|---|---|---|---|
| Hours | Earnings | Deductions | Net Pay | Earnings | Deductions | Net Pay | |
| 39.00 | 1,131.00 | 195.76 | 935.24 | 54,663.05 | 9,585.28 | 45,077.77 | |

**David A Lewis**
6226 Greenwood Drive
Milton, FL 32570