UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION


In re:

David Allen Lewis                                      Case No.:  24-31069-KKS
*aka* **David Lewis**                                  Chapter:  7
*aka* **David A Lewis**, and
Bethany Gwen Lewis,                               /
*aka* **Bethany Lewis**
*aka* **Bethany G Lewis**
          Debtors.
_____

**NEW AMERICAN FUNDING, LLC'S
MOTION TO CONFIRM THAT THE STAY HAS TERMINATED
PURSUANT TO §§ 362(j), 362(c)(2)(C)**

---

**NOTICE OF OPPORTUNITY
TO OBJECT AND REQUEST FOR HEARING**

**Pursuant to Local Rule 2002-2, the Court will consider the relief requested in this paper without further notice or hearing unless a party in interest files a response within 21 days from the date set forth on the proof of service plus an additional three days for service if any party was served by U.S. Mail, or such other period as may be specified in Fed. R. Bankr. P. 9006(f).**

**If you object to the relief requested in this paper, you must file an objection or response electronically with the Clerk of the Court or by mail at 110 East Park Avenue, Suite 100, Tallahassee, FL 32301 and serve a copy on the movant's attorney, McCalla Raymer Leibert Pierce, LLP, 110 S.E. 6th Street, Suite 2400, Ft. Lauderdale, FL 33301, and any other appropriate person within the time allowed. If you file and serve a response within the time permitted, the Court will either schedule and notify you of a hearing or consider the response and grant or deny the relief requested without a hearing.**

**If you do not file a response  within the time permitted, the Court will consider that you do not oppose the relief requested in the paper, and will proceed to consider the paper without further notice or hearing, and may grant the relief requested.**

---

New American Funding, LLC FKA Broker Solutions Inc. dba New American Funding

(the "Secured Creditor"), its successors and/or assigns, as a secured creditor of the bankruptcy

estate of David Allen Lewis  aka David Lewis aka David A Lewis and Bethany Gwen Lewis aka

Bethany Lewis aka Bethany G Lewis (the "Debtors"),  seeking an order confirming no stay in effect pursuant to 11 U.S.C. §§ 362(j) and 362(c)(2)(C) on the basis that the property is claimed as exempt and the discharge is granted, and in support thereof, states as follows:

1.  Debtor's Bankruptcy Case.  On December 20, 2024, the Debtors filed the above-captioned Chapter 7 bankruptcy case.

2.  Jurisdiction.  Jurisdiction of this matter is properly before this Court pursuant to 28 U.S.C. § 1334 and Rule 4001(a) of the Federal Rules of Bankruptcy Procedure.

3.  The Note and Mortgage.  On December 21, 2022, Debtors executed and delivered a note (the "Note") in the principal amount of $289,656.00 which is secured by a mortgage (the "Mortgage").  The Mortgage was executed by Debtors.  The Mortgage is recorded on December 27, 2022, of the Public Records of Santa Rosa County, Florida.  A copy of the Mortgage, together with the Note, and any applicable Assignments, are attached hereto as **Exhibit A.**

4.  Collateral.  Secured Creditor is entitled to enforce the Note and Mortgage, which are secured by the real property (the "Property") located at 6226 Greenwood Dr, Milton, FL 32570 and further described as follows:

Commence at the Southwest corner of Section 21, Township 2 North, Range 28 West, Santa Rosa County, Florida; thence go South 88 degrees 28 minutes 20 seconds East along the South line of the aforesaid Section 21, a distance of 1948.00 feet; thence departing the aforesaid South line go North 00 degrees 40 minutes 28 seconds East along the Easterly right of way line of Greenwood Drive (50 foot right of way) a distance of 670.00 feet to the Point of Beginning, thence continue North 00 degrees 40 minutes 28 seconds East along the aforesaid Easterly right of way line a distance of 114.92 feet; thence departing the aforesaid Easterly right of way line go South 88 degrees 28 minutes 20 seconds East a distance of 300.00 feet; thence go South 00 degrees 40 minutes 28 seconds West a distance 114.92 feet; thence go North 88 degrees 28 minutes 20 seconds West a distance of 300.00 feet to the aforesaid Easterly right of way line and the Point of Beginning, the above described parcel of land is situated in a portion of Section 21, Township 2 North, Range 28 West, Santa Rosa County, Florida.

5.  Secured Creditor's Claim.  As of June 11, 2024, the Debtors owe Secured Creditor an outstanding principal balance of $280,724.06, plus applicable interest, penalties, fees and costs with a total estimated payoff amount of $283,850.72.  The Debtors have defaulted by

failing to make the payment due on April 1, 2025, and all subsequent payments due thereafter.

6.    Exemption/Discharge.    The Debtors claimed the Property as exempt on Schedule C of their bankruptcy Petition and Schedules [Doc. 1].    On March 27, 2025, the Court entered the Order Discharging Debtors [Doc. 27].

7.    Relief Requested.    According to 11 U.S.C. § 362(c)(2)(C), the automatic stay continues until the time a discharge is granted.    Pursuant to 11 U.S.C. § 362(j), Secured Creditor requests an order under § 362(c) confirming that the automat stay has been terminated.    Secured Creditor requests an order confirming that the automatic stay terminated effective March 27, 2025.

8.    Loss Mitigation.    Secured Creditor requests it be permitted to contact the Debtors regarding potential loss mitigation options pursuant to applicable non-bankruptcy law, including loan modifications, deeds in lieu of foreclosure, short sales and/or any other potential loan workouts or loss mitigation agreements.

9.    Request for Waiver of 14-Day Stay of Relief.    Secured Creditor requests that the 14 day stay, pursuant to Fed. R. Bankr. P. 4001(a)(4), be waived.

WHEREFORE, Secured Creditor requests the entry of an order confirming that the automatic stay terminated effective March 27, 2025, and for such other and further relief as the Court deems just and proper.

McCalla Raymer Leibert Pierce, LLP

By:        /s/Reka  Beane

Reka  Beane
Florida Bar No. 52919
Attorney for Creditor
110 S.E. 6th Street, Suite 2400
Ft. Lauderdale, Florida 33301
Phone:  954-332-9370
Fax:  312-803-9663
Email:  Reka.Beane@mccalla.com

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on 07/31/2025, a true and correct copy of the foregoing was

served by U.S. Mail, First Class to

David Allen Lewis
6226 Greenwood Dr
Milton, FL 32570

Bethany Gwen Lewis
6226 Greenwood Dr
Milton, FL 32570

and those parties receiving CM/ECF service

- **Sherry Chancellor**    sherry.chancellor@yahoo.com
- **United States Trustee**    USTPRegion21.TL.ECF@usdoj.gov
- **Chad Thomas Van Horn**    Chad@cvhlawgroup.com

By:      _/s/Reka  Beane_
         Reka  Beane